No. 551. LEITCH ET AL. *v.* CHICAGO ET AL. December 8, 1930. Petition for writ of certiorari to the Circuit

892

Court of Appeals for the Seventh Circuit denied. *Olive A. Leitch* for petitioners. *Messrs. Samuel A. Ettelson* and *Albert H. Veeder* for respondents.